IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

Y.Z. WHALEY                                                                                          PLAINTIFF

VS.                                              Case No. 04-CV-1091

KENNETH FERRELL, INDIVIDUALLY                                                          DEFENDANTS
AND KENNETH FERRELL D/B/A
JOHNSVILLE SAND & GRAVEL

## JUDGMENT

Before the Court is Plaintiff Y.Z. Whaley and Defendants Kenneth Ferrell, Individually and Kenneth Ferrell d/b/a Johnsville Sand & Gravel's Joint Motion to Dismiss. (Doc. 24). In this motion the parties indicate that they have reached a settlement. The Court finds this motion ripe for consideration, and, upon consideration, the Court finds the motion should be and hereby is **granted** to wit:

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that the above styled cause be, and is hereby, dismissed with prejudice subject to the terms of this settlement agreement; and

**IT IS FURTHER ORDERED** that if any party desires that the terms of settlement be a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary

**IT IS SO ORDERED** this 29th day of December, 2005.

                                                /s/ Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                U.S. District Judge